# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| TJC Engineering, Inc. | ) ASBCA No. 58941 |
| | ) |
| Under Contract No. W912QR-07-C-0072 | ) |

APPEARANCES FOR THE APPELLANT: Thomas E. Roma, Jr., Esq.
G. Alan Oliver, Esq.
Ackerson & Yann, PLLC
Louisville, KY

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Jennifer M. Payton, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed without prejudice to its reinstatement in the event the settlement is not consummated. Unless either party or the Board acts to reinstate the appeal within 90 days from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 23 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58941, Appeal of TJC Engineering, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals